**Dated: June 13, 2024**
**The following is ORDERED:**

_____
M. Ruthie Hagan
**UNITED STATES BANKRUPTCY JUDGE**

_____

IT535

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In re:  Chapter 13
ALKEESHA LASHUN ELLIOTT
Debtor(s)  Case No.24-22766-H
SSN(1) XXX-XX-2833

ORDER DIRECTING EMPLOYER TO MAKE DEDUCTIONS FROM EMPLOYEE'S
WAGES AND SEND DEDUCTIONS TO CHAPTER 13 TRUSTEE

In this cause, a Chapter 13 plan having been filed by the above named debtor(s) as a result of which all future earnings of the debtor(s) are under the exclusive jurisdiction of this Court; and the debtor(s) petition having stated that the debtor(s)' employer is AMAZON;

IT IS THEREFORE ORDERED, that the debtor(s)' employer deduct immediately from the debtor(s)' next paycheck the sum of $103.00 WEEKLY from the debtor(s)' salary and forward the amount deducted to:

Chapter 13 Trustee
5350 Poplar Avenue, Suite 500
Memphis, TN  38119-3697

until further order of this Court.

IT IS FURTHER ORDERED, that the EMPLOYER SHALL CEASE ALL FUTURE DEDUCTIONS FOR GARNISHMENT, LOANS OR CREDIT UNIONS unless specifically authorized by this Court or until this order is withdrawn. However, deductions for child support, mandatory pension, mandatory qualified retirement plans, mandatory thrift savings plans, or other mandatory retirement contributions, if any, and mandatory deductions for repayment of loans from such plans may continue.

IT IS FURTHER ORDERED, that if the debtor(s)' employment is terminated, the Trustee be so advised.

/s/ Jennifer K. Cruseturner
Chapter 13 Trustee

```
CC:     Jennifer K. Cruseturner
MP
        AMAZON
        PO BOX 80726
        SEATTLE, WA  98108

        ALKEESHA LASHUN ELLIOTT
        1532 MILLER ST
        MEMPHIS, TN  38106

        COHEN AND FILA, ATTYS
```