**Dated: July 10, 2024**
**The following is ORDERED:**

_____
**M. Ruthie Hagan**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

```
In re:                                        Chapter 13
ALKEESHA LASHUN ELLIOTT
Debtor(s)                                     Case No. 24-22766-H
SSN(1) XXX-XX-2833
```

ORDER DIRECTING PRESENT EMPLOYER
TO CEASE DEDUCTIONS

In this cause it appearing to the Court from the statements of the Chapter 13 Trustee that deductions made by debtor(s)' employer should cease.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the debtor(s)' employer shall cease making deductions for the Chapter 13 Trustee.

/S/ Jennifer K. Cruseturner
Chapter 13 Trustee

```
CC:   Jennifer K. Cruseturner
MC
      ALKEESHA LASHUN ELLIOTT
      1532 MILLER ST
      MEMPHIS, TN  38106

      COHEN AND FILA, ATTYS

      AMAZON
      PO BOX 80726
      SEATTLE, WA  98108
```